IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| REBECCA LYNN JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) | 1:12-CV-01605-JO <br><br> JUDGMENT |

JONES, J.,

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 USC § 405(g) for the calculation and award of benefits.

Dated this 11 day of December, 2013.

Robert E. Jones, Senior Judge
United States District Court