IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Medford Division

| | | |
|---|---|---|
| REBECCA LYNN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:12-CV-01605-JO |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of | ) | ORDER |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

JONES, J.,

This matter is before the court on Plaintiff's Application for Attorney Fees. (# 18). Plaintiff seeks attorneys fees under the Equal Access to Justice Act as the prevailing party in her appeal of the Commissioner's final decision. Plaintiff's counsel did not comply with the certification requirements of Local Rule 7-1(a). The application does not include a certification that the movant conferred with the opposing party to determine whether the requested relief is opposed. Accordingly, plaintiff's Application for Fees (# 18) is DENIED without prejudice. Plaintiff may refile the application after conferring with opposing counsel and complying with LR 7-1(a).

Dated this 14th day of March, 2014.

_____
Robert E. Jones, Senior Judge
United States District Court