IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

REBECCA LYNN JONES,            CIVIL NO.: 1:12-CV-01605-JO

    Plaintiff

    v.

COMMISSIONER of             (Proposed) ORDER
Social Security Administration

    Defendant.

As authorized by 28 U.S.C. § 2412 and 1920 and subject to the terms of the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $7478.10 and expenses in the amount of $20.40 for certified mailings be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct.2521 (2010).

IT IS SO ORDERED this 31 day of March, 2014.

_____
Robert E. Jones
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ Arthur W. Stevens III
ARTHUR W. STEVENS III    OSB#850857
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR 97501
    Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com